IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MANOR CARE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 02-4140 |
| | ) |
| PROPERTY & CASUALTY INSURANCE | ) |
| GUARANTY CORPORATION | ) |
| 21204-4746 | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action without prejudice.

Respectfully submitted,

_____
James H. Hulme, Federal Bar # 00875
Deanne M. Ottaviano
Deborah L. Givens
**Arent Fox Kintner Plotkin & Kahn, PLLC**
1050 Connecticut Ave., NW
Washington, D.C. 20036-5339
Ph: (202) 857-6000
Fax: (202) 857-6395

and

APPROVED THIS  3RD  DAY OF  January, 2003

_____
BENSON EVERETT LEGG, U.S.D.J.

1

                              Gerald R. Kowalski
                              Jodi D. Spencer
                              **Cooper & Walinski**
                              900 Adams Street
                              Toledo, Ohio  43624
                              Ph: (419) 241-1200
                              Fax: (419) 242-5675

Dated: December 30, 2002          Attorneys for Manor Care, Inc.